

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00105-CV

———————————————

IN RE AUTOMOTIVE FINANCE CORPORATION, Relator

---

Original Proceeding
271st District Court of Wise County, Texas
Trial Court No. CV20-03-166

---

Before Sudderth, C.J.; Birdwell and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion to abate and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion to abate are denied.

Per Curiam

Delivered: March 31, 2022